**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Juan Antonio ROMERO, aka Tony Romero, John Anthony Romero, Defendant—Appellant.**

No. 03–10315.

United States Court of Appeals, Ninth Circuit.

Submitted June 14, 2004.*

Decided June 24, 2004.

Michael Thomas Morrissey, Esq., Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Juan Antonio Romero, Phoenix, AZ, pro se.

Tara K. Allen, Esq., Law Office of Tara K. Allen, Bigfork, MT, for Defendant–Appellant.

Before HALL, LEAVY and FISHER, Circuit Judges.

MEMORANDUM **

Juan Antonio Romero appeals his conviction and 63–month sentence imposed after his jury trial for conspiracy, counterfeiting and forging securities, and theft of mail and possession of stolen mail, in violation of 18 U.S.C. §§ 371, 513(b) and 1708.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1976), counsel for Romero has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Romero has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. Counsel's motion to withdraw is GRANTED and the district court's judgment is AFFIRMED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.